USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARINA FERNANDEZ,

          Plaintiff,

v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

          Defendant.

No. 20-CV-8869 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 23, 2020, Plaintiff Karina Fernandez filed a complaint against the Commissioner of Social Security. Three days later, the Clerk of Court filed on the docket the standing order in social security cases, which ordered Defendant to file a certified transcript of administrative proceedings within 90 days of service. On October 28, 2021, Plaintiff served a copy of the summons and complaint by certified mail upon the Office of the Regional Chief Counsel of the Social Security Administration.

Defendant has not appeared or otherwise responded to the complaint. Defendant shall do so by no later than June 9, 2021.

SO ORDERED.

Dated:    May 19, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge