**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KARINA FERNANDEZ

                        Plaintiff,                  20 **CIVIL** 8869 (RA) (KNF)

      -v-                                            **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated November 8, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            November 9, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                                    BY:
                                                    **Deputy Clerk**